# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE HARPER, | : | CIVIL ACTION NO. 3:CV-16-2366 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 1st DAY OF FEBRUARY 2018,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 20) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's motion to amend his complaint to add additional challenges to his sentence (Doc. 22) is **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

            /s/ William J. Nealon
            **United States District Judge**